IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY SIMS GRINER, | No. 2:12-cv-2822-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| NATIONAL CITY MORTGAGE, et al., | |
| Defendants. | |
| _____ / | |

  Plaintiff, proceeding in this action in propria persona, brings this civil action. This case is set for an initial scheduling conference on February 6, 2013. Defendants' motion to dismiss (Doc. 4), currently pending before the court, is also set for hearing on February 6, 2013. No opposition to the pending motion has been filed.

  Given the failure of plaintiffs to file an opposition, and pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for February 6, 2013, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument. The court also finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has been resolved. Once

/ / /

1 | the motion has been resolved, the court will reset a scheduling conference in this matter if
2 | appropriate.
3 |                 IT IS SO ORDERED.
4 |
5 |   DATED: January 30, 2013
6 |
7 |                                                  _____
   |                                                  **CRAIG M. KELLISON**
   |                                                  UNITED STATES MAGISTRATE JUDGE